No. 610. DWIGHT HARRISON *v.* STATE OF OHIO. Error to the Supreme Court of the State of Ohio. Argued March 10, 1926. Decided March 15, 1926. *Per Curiam.* Affirmed upon the authority of *West* v. *Louisiana,* 194 U. S. 258; *Twining* v. *New Jersey,* 211 U. S. 78. *Messrs. Smith W. Bennett* and *Robert R. Nevin* for plaintiff in error. *Mr. John R. King,* with whom *Messrs. L. R. Pugh* and *J. A. Godown* were on the brief, for defendant in error.

----

No. 206. JAMES PATTERSON, ALIAS " BOSSY " PATTERSON *v.* COMMONWEALTH OF VIRGINIA. Error to the Supreme Court of Appeals of the State of Virginia. Submitted March 11, 1926. Decided March 15, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the Act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5-6. *Mr. William F. Denny* for plaintiff in error. *Messrs. John R. Saunders* and *Lewis H. Machen* for defendant in error.